# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Minnesota State College Student Association, Inc., d/b/a LeadMN, | ) ) ) ) | Case No. 22-cv-00771-ECT-ECW |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Jay Cowles, Rudy Rodriguez, Asani Ajogun, Victor Ayemobuwa, Alex Cirillo, Dawn Erlandson, Jerry Janezich, Roger Moe, Javier Morillo, April Nishimura, Oballa Oballa, Kathy Sheran, George Soule, Cheryl Tefer, and Michael Vekich, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities. | ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | ) ) | |

Plaintiff hereby moves this Court seeking the following:

1.     The Court's issuance of a preliminary injunction by which Defendants, above named, and their officers, agents, servants, employees, and attorneys, and such persons as may act in active concert or participation with any of the foregoing, are enjoined from:

    a.   refusing to collect a fee for LeadMN of at least $0.61 per credit;

    b.   revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association because of the content or viewpoint of the association's speech, assembly, or public advocacy;

c.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association in retaliation for students' or the association's speech, assembly, or public advocacy;

d.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association without narrow, objective, definite, and binding standards that limit the Board's discretion;

e.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association without written findings that identify the factual and legal basis for such decision;

f.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association without a binding deadline;

g.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association without an appeal process available to the association;

h.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association because of a third party's opinion regarding the content or viewpoint of a student association's speech, assembly, or public advocacy; and

i.  revising, rejecting, or refusing to collect a fee proposed by, or funds on behalf of, a student association because of a third party's desires to retaliate against an association because of the association's speech, assembly, or public advocacy.

2

2.      This Motion is brought pursuant to Rule 65 of the Federal Rules of Civil

Procedure and is based on all the files, records, and proceedings herein, including without

limitation the contemporaneously-filed Declaration, Exhibits, Memorandum of Law, the

arguments of counsel, and all other supporting documents and pleadings with are or may

be submitted, and all other findings and proceedings in the above-captioned action.

Dated: April 25, 2022                        **CROSSCASTLE PLLC**

                                             By: /s/Samuel W. Diehl_____
                                                 Samuel W. Diehl (#388371)
                                             333 Washington Avenue N.
                                             Ste 300-9078
                                             Minneapolis, MN 55401
                                             P: (612) 429-8100
                                             F: (612) 234-4766
                                             Email: sam.diehl@crosscastle.com

                                             **ATTORNEYS FOR PLAINTIFF**
                                             **MINNESOTA STATE COLLEGE**
                                             **STUDENT ASSOCIATION, INC. D/B/A**
                                             **LEADMN**

4882-0624-8989, v. 1