UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota State College Student Association, Inc., *doing business as LeadMN*, | File No. 22-cv-00771 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Jay Cowles, Rudy Rodriguez, Asani Ajogun, Victor Ayemobuwa, Alex Cirillo, Dawn Erlandson, Jerry Janezich, Roger Moe, Javier Morillo, April Nishimura, Oballa Oballa, Kathy Sheran, George Soule, Cheryl Tefer, and Michael Vekich, *in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities*, | |
| Defendants. | |

Pursuant to the Stipulation Regarding Briefing Deadlines entered into by Plaintiff and Defendants [ECF No. 25], **IT IS ORDERED THAT** Defendants' reply memorandum in support of their motion to dismiss [ECF No. 8] is due May 31, 2022.

Dated: May 20, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court