UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota State College Student Association, Inc., *d/b/a LeadMN*, | File No. 22-cv-00771 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Jay Cowles, Rudy Rodriguez, Asani Ajogun, Victor Ayemobuwa, Alex Cirillo, Dawn Erlandson, Jerry Janezich, Roger Moe, Javier Morillo, April Nishimura, Oballa Oballa, Kathy Sheran, George Soule, Cheryl Tefer, and Michael Vekich, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities, | |
| Defendants. | |

---

This matter is before the Court on the parties' Stipulation Regarding Supplementing Factual Record on Plaintiff's Motion for Preliminary Injunction [ECF No. 31]. Plaintiff's motion for a preliminary injunction [ECF No. 14] is pending, as is Defendants' motion to dismiss [ECF No. 8]. Having reviewed the Stipulation, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The exhibits addressed in the parties' Stipulation, Exhibits O–S, may be filed and are accepted as part of the factual record on Plaintiff's Motion for Preliminary Injunction;

2. Plaintiff may file a memorandum of law on or before 5:00 p.m. on July 1, 2022, that (1) describes the portions of Exhibits O–S that Plaintiff believes are relevant to

the motion for preliminary injunction and (2) addresses why these exhibits are relevant to the motion for preliminary injunction;

3. Defendants may, but are not required to, file a responsive memorandum of law, limited to responding to Plaintiff's memorandum described above, on or before July 8, 2022; and

4. The memoranda described above may not exceed 2,000 words and must comply in all other respects L.R. 7.1(f).

Dated: July 1, 2022                         s/ Eric C. Tostrud
                                                                Eric C. Tostrud
                                                                United States District Court