# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Minnesota State College Student Association, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Jay Cowles, Rudy Rodriguez, Asani Ajogun, Victor Ayemobuwa, Alex Cirillo, Dawn Erlandson, Roger Moe, Javier Morillo, April Nishimura, Oballa Oballa, Kathy Sheran, George Soule, Cheryl Tefer, Michael Vekich, Jerry Janezich<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-00771-ECT-ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [ECF No. 8] is **DENIED in part** and **GRANTED in part**. The motion is **DENIED** as to Plaintiff's First Amendment-retaliation claim and in all other respects is **GRANTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction insofar as Plaintiff seeks to enjoin Defendants from refusing to collect and distribute a fee for Plaintiff of at least $0.61 per credit.

3. Plaintiff's Motion for Preliminary Injunction [ECF No. 14] is **DENIED**.

Date: 8/9/2022                                                                                          KATE M. FOGARTY, CLERK