# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2722

_____

Minnesota State College Student Association, Inc., doing business as LeadMN

Plaintiff - Appellant

v.

Jay Cowles, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Rudy Rodriguez, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Asani Ajogun, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Victor Ayemobuwa, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Alex Cirillo, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Dawn Erlandson, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Roger Moe, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Javier Morillo, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; April Nishimura, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Oballa Oballa, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Kathy Sheran, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; George Soule, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Cheryl Tefer, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Michael Vekich, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities; Jerry Janezich, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00771-ECT)

------

## JUDGMENT

The joint stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 13, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans