# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2722

Minnesota State College Student Association, Inc., doing business as LeadMN

Appellant

v.

Jay Cowles, in their official capacities as Trustee Members of the Board of Minnesota State Colleges and Universities, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00771-ECT)

___

## MANDATE

In accordance with the judgment of January 13, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 13, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit